## BROWN v. THE STATE.

GILBERT, J.   1. In the absence of a timely written request to charge, it is not error requiring the grant of a new trial that the judge failed to charge the law with respect to impeachment of witnesses (*Downing* v. *State,* 114 *Ga.* 30 (3), 39 S. E. 927), or the law with respect to contradictory evidence, or as to the credibility of witnesses (*White* v. *State,* 141 *Ga.* 526 (3), 81 S. E. 440).

2. The evidence authorized the verdict, and the court did not err in overruling the motion for new trial.

*Judgment affirmed. All the Justices concur.*

No. 1032.   OCTOBER 17, 1918.

Indictment for murder.   Before Judge Hill.   Fulton superior court.   May 11, 1918.

*John S. Highsmith,* for plaintiff in error.

*Clifford Walker, attorney-general, John A. Boykin, solicitor-general, E. A. Stephens,* and *M. C. Bennet,* contra.

---

## CRAPPS v. CRAPPS.

GILBERT, J.   Alice Crapps filed suit against her husband, Will Crapps, for temporary alimony and attorney's fees. The testimony as to the earning capacity of the defendant was conflicting. There was evidence that he could not earn over $30 per month. Also there was positive evidence that he was capable of earning and had been earning $2 per day. The wife supported herself and their three children by her own labor. The court rendered a judgment allowing $15 per month temporary alimony for the support of the wife and three children, aged six, three, and one years, and $25 for counsel fees. The defendant excepted. The only errors assigned are, (1) that the amount is excessive; (2) that it was without evidence to support it and contrary to law; (3) that the attorney's fees are excessive. *Held,* that none of the errors assigned are meritorious. The evidence was sufficient to support the judgment. *Osborne* v. *Osborne,* 146 *Ga.* 344 (91 S. E. 61); *Greenway* v. *Greenway,* 147 *Ga.* 503 (94 S. E. 885).

*Judgment affirmed. All the Justices concur.*

No. 1035.   OCTOBER 17, 1918.

Temporary alimony, etc.   Before Judge Harrell.   Calhoun superior court.   May 16, 1918.

*A. L. Miller,* for plaintiff in error.   *E. L. Smith,* contra.